UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMRANJOT SINGH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-0325 DC CSK

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On January 21, 2026, the district court granted petitioner's motion for temporary restraining order, ordered petitioner's immediate release, issued preliminary injunction on the same terms, and referred the matter to the undersigned for further proceedings.  (ECF No. 8.)

On January 20, 2026, respondents filed a request for an extension of 180 days to file a responsive pleading.  (ECF No. 7.)  Petitioner has not filed an opposition or otherwise responded to the request.  The district court found that petitioner is likely to succeed on the merits of his claims.  Therefore, this Court will not delay issuing petitioner relief on the prospective chance a pending appeal could change the outcome of one claim in the case.  Thus, respondent's request

1

for such a lengthy extension of time is denied.

Within seven days of the date of this order, respondents shall file a status report to confirm that petitioner was released from custody as ordered by the district court.

If additional briefing is needed to decide the petition on the merits, within seven days of the date of this order, the parties must so inform the Court. If the parties do not inform the Court by this deadline that additional briefing is needed to decide the petition on the merits, the Court will interpret this as confirmation that the petition may be decided on the merits based on the record currently before the court without any additional briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 7) is denied.

2. Within seven days of the date of this order, respondents shall file a status report to confirm that petitioner was released from custody as ordered by the district court.

3. If additional briefing is needed to decide the petition on the merits, within seven days of the date of this order, the parties must so inform the Court. If the parties do not inform the Court by this deadline that additional briefing is needed to decide the petition on the merits, the Court will interpret this as confirmation that the petition may be decided on the merits based on the record currently before the court without any additional briefing.

Dated: February 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/sing0325.DC.180dn.100.atty.imm

2